## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

Gerald Davis                                                                Civil Action No. 07-1469

versus                                                                          Judge Tucker L. Melançon

St. Martin Parish Correctional                                  Magistrate Judge Methvin
Center

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Rec. Doc. 7] previously filed herein, and after an independent review of the entire record, including plaintiff's objections, determining that the findings are correct under the applicable law, it is

ORDERED that this civil rights complaint be DISMISSED WITH PREJU-DICE as frivolous in accordance with 28 U.S.C. §§ 1915(d)(2)(b)(I) and 1915(b)(1).

Thus done and signed this 30th day of January, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE